# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMIN YOUSEF | CHAPTER 13 |
| | CASE NUMBER: 2:20-bk-11115 |
| Debtor | MOTION TO EXTEND TIME OF CLAIMS BAR DATE (FILE A LATE CLAIM) |

## ORDER OF COURT

Upon consideration of Creditor's Motion to Extend Time of Claims Bar Date (File A Late Claim), the relief requested in said Motion is GRANTED. The bar date is extended to _____ and the Creditor may file his Proof of Claim on or before that date.