IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Amin Husni Yousef** | CHAPTER 13 |
| | CASE NO.: 2:20-bk-11115 |
| **DEBTOR** | STIPULATION |

### STIPULATION, AGREEMENT, AND ORDER APPROVING AGREEMENT BETWEEN CREDITOR AND DEBTOR

Anwar Albarouki, creditor, and Amin Husni Yousef, debtor, by their respective counsel, respectfully request that this Court enter the attached proposed Order Approving Agreement Between Creditor and Debtor. In support thereof, the following is stated:

*Recitals*

A. On February 28, 2020, Amin Husni Yousef ("Debtor") filed a chapter 13 bankruptcy petition in the United States Bankruptcy Court for the Eastern District of Pennsylvania, commencing this case.

B. The deadline for filing a proof of claim in this case was May 4, 2020.

C. Anwar Albarouki ("Creditor"), by and through counsel, submitted a proof of claim on May 15, 2020.

*Stipulation and Agreement*

1. On May 21, 2020, Creditor's counsel and Debtor's counsel reached the following agreement: Debtor accepts the Creditor's May 15, 2020 proof of claim as a timely filed proof of claim and Creditor forbears any adversary proceedings against the Debtor.

THEREFORE, in consideration of the foregoing, the Creditor and Debtor do hereby agree, stipulate, and consent as follows, subject to the Court's entry of this Order.

May 22, 2020                                                                                   Respectfully submitted,

/s/ Brad Sadek_____                                    /s/ Richard W. Hoy_____
Brad Sadek, Esq.                                                              Richard W. Hoy, Esq.
Attorney for Debtor                                                         Attorney for Creditor
Sadek and Cooper Law Offices                                      2 Penn Center
1315 Walnut St., Suite #502                                         1500 JFK Blvd., Suite 410
Philadelphia, PA 19107                                                 Philadelphia, PA 19102
Tel. (215) 545-0008                                                        Tel. (215) 893-9555
brad@sadeklaw.com                                                     lawfirms520@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2020, a copy of the foregoing Stipulation for Entry Of Order Approving Agreement Between Creditor And Debtor was served via CM/ECF and email notification to:

Brad Sadek, Esq. brad@sadeklaw.com, *Counsel for Debtor*

/s/ Richard W. Hoy_____
Richard W. Hoy, Esq.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Amin Husni Yousef** | **CHAPTER 13** |
| | **CASE NO.: 2:20-bk-11115** |
| **DEBTOR** | |
| | **STIPULATION** |

## ORDER APPROVING STIPULATION AND AGREEMENT BETWEEN CREDITOR AND DEBTOR

Upon the stipulation by and between the Creditor, Anwar Albarouki, and the above-captioned Debtor, Amin Husni Yousef, for entry of an order approving the agreement between Creditor, Anwar Albarouki, and Debtor, Amin Husni Yousef, it is hereby

ORDERED that the Stipulation and Agreement is approved; and it is further

ORDERED that this Court shall retain jurisdiction over all matters relating to this Order and the Stipulation.

_____
United States Bankruptcy Judge